Thiago Coelho (SBN 324715)
thiago@wilshirelawfirm.com
Robert J. Dart (SBN 264060)
rdart@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988 | Fax: (213) 381-9989

*Attorneys for Plaintiff and the Putative Class*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael C. Zogby
michael.zogby@faegredrinker.com
Abigail M. Luhn
abigail.luhn@faegredrinker.com
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000 | Fax: (973) 360-9831

*Additional Counsel Listed on Next Page*
*Attorneys for Defendant*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREA KEY, NAHSLA BLACK-ZETINA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPROUT FOODS, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-16605-SRC-LDW<br><br>*Hon. Judge Stanley R. Chesler*<br>*Courtroom PO No.2*<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Sarah L. Brew
sarah.brew@faegredrinker.com
Tyler A. Young
tyler.young @faegredrinker.com
Rory F. Collins
rory.collins@faegredrinker.com
Emily B. Zambrana
emily.zambrana@faegredrinker.com
2200 Wells Fargo Center | 90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000 | Fax: (612) 766-1600
*Counsel for Defendant Sprout Foods, Inc.*

Rita Mansuryan
rita.mansuryan@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel: (310) 203-4000 | Fax: (310) 229-1285
*Counsel for Defendant Sprout Foods, Inc.*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiffs Andrea Key and Nahsla Black-Zetina (hereinafter jointly "Plaintiffs") and Defendant Sprout Foods, Inc. ("Defendant") (together, the "Parties"), by and through their respective attorneys, submit this joint stipulation of dismissal of the above-captioned case, in its entirety and with prejudice, each party to bear their or its own attorneys' fees and costs.

Dated:  October 28, 2021                    **WILSHIRE LAW FIRM**

By */s/ Thiago Coelho*_____
    Thiago Coelho
    *Attorney for Plaintiff and the Putative*
    *Class*

Dated:  October 28, 2021                    **FAEGRE DRINKER BIDDLE & REATH LLP**

By */s/ Michael Zogby*_____
    Michael C. Zogby
    Abigail M. Luhn
    Sarah L. Brew
    Tyler A. Young
    Rory F. Collins
    Emily R. Zambrana
    Rita Mansuryan
    *Attorneys for Defendant Sprout Foods,*
    *Inc.*

**SO ORDERED.**

/s/ Stanley R. Chesler_____
HON. STANLEY R. CHESLER
U.S.D.J.

Date:  October 29, 2021

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE